UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:14-CR-105-1FL(1)

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | ORDER |
| VS. | ) | |
| | ) | |
| KRISTOPHER DANIELS | ) | |

THIS MATTER COMING before the Court on the Defendant's motion for an examination, pursuant to 18 U.S.C. §4241(a) and 18 U.S.C. §4247, the Court finds that good cause exists to allow the motion, and therefore, the Defendant's motion is ALLOWED.

IT IS FURTHER ORDERED that the Defendant is committed to the custody of the Attorney General for a reasonable period not to exceed thirty (30) days for placement in a suitable facility.

SO ORDERED.

This __14th__ day of January, 2016.

_____
LOUISE WOOD FLANAGAN
UNITED STATES DISTRICT JUDGE