UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:14-CR-105-FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER ON UNOPPOSED |
| ) | MOTION REQUESTING |
| ) | WITNESS BE ALLOWED TO |
| ) | TESTIFY VIA TELE-CONFERENCE |
| KRISTOPHER DANIELS ) | |

FOR GOOD CAUSE SHOWN the motion requesting that witness Dr. Betsy Campbell be allowed to testify during the competency hearing on May 11, 2016, via tele-conference in the above-captioned case is ALLOWED and GRANTED.

IT IS SO ORDERED AND DIRECTED.

Entered at Chambers, this the __3__ day of May, 2016.

Robert B. Jones, Jr.
UNITED STATES MAGISTRATE JUDGE

1