UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:14 CR-00105-1FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| KRISTOPHER OWEN DANIELS | ) | |

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 126 be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office.

This the __8th__ day of December, 2016.

_____
LOUISE W. FLANAGAN
United States District Judge