FILED

NOV 1 8 2019

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

To: Honorable Flanagan                                    11/18/2019

DEAR FLANAGAN I hopes the best for you. I writing you for your help.
First I want to thank you for sending me here for help. Second I wana thank you
for making it clear for me to understand what is important in life an who I am.
I had not yet to get a chance to read my sentence report. The person dat did
my paperwork told me dat I was in need of my sentence report to ask for objects.
He said that i can not give objects if I had not got the report an not read it.
Mr. Hosford say I could not have understood it so I did not an still have not read it.
I want the chance to read the report an ask for objects that need made. Hope I did
not upset you with this letter. Some things I done upset you before. I wana thank you
for making my time spent in prison the worst an scary time I have ever lived
Every day at the prison I knew my day was coming to a end. There was a guy
that went in front of you an got killed at that prison. That made my eyes see very
far in what is important in life. I do not waste no more of your time so I will
end with thank you for all you have done in my life

                    Sin:     Kristopher Daniels

                              Kris Owen Daniels